**Order filed December 8, 2016**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-16-00789-CV
_____

**BRAZORIA COUNTY FORD, LP AND KIRK L. BRANNAN, Appellants**

**V.**

**FORD MOTOR COMPANY, MARK WIGGINS FORD MERCURY, INC., AND MARK WIGGINS, INDIVIDUALLY, Appellees**

---

**On Appeal from the 23rd District Court**
**Brazoria County, Texas**
**Trial Court Cause No. 30601**

---

## O R D E R

Appellant Brazoria County Ford, LP's notice of appeal in this case was filed October 4, 2016. To date, the filing fee of $205.00 has not been paid. No evidence that appellant Brazoria County Ford, LP, is excused by statute or the Texas Rules of Appellate Procedure from paying costs has been filed. *See* Tex. R. App. P. 5. Therefore, the court issues the following order.

Appellant Brazoria County Ford, LP, is ordered to pay the filing fee in the amount of $205.00 to the clerk of this court on or before **December 23, 2016.** *See* Tex. R. App. P. 5. If appellant Brazoria County Ford, LP, fails to timely pay the filing fee in accordance with this order, the appeal as to Brazoria County Ford, LP, will be dismissed. Appellant Kirk L. Brannan's appeal and appellee Ford Motor Company's cross-appeal will remain pending.

PER CURIAM